**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

DANIEL J. LEVITAN,
        Plaintiff,

vs.                                         Case No.: 3:04cv356/MCR/EMT

FEDERAL BUREAU OF PRISONS, et al.,
        Defendants.
_____/

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 31, 2005. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

      Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2. Plaintiff's Notice of Dismissal (Doc. 6), construed as a motion to voluntarily dismiss this action, is **GRANTED**.

      3. Defendants' Motions to Dismiss (Docs. 17, 24) are **DENIED** as moot.

      **DONE AND ORDERED** this 2nd day of May, 2005.

                                                          *s/ M. Casey Rodgers*
                                                          **M. CASEY RODGERS
                                                          UNITED STATES DISTRICT JUDGE**